

## NUMBER 13-16-00700-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

PLAINSCAPITAL BANK,                                **Appellant,**

**v.**

BLANCA E. GONZALEZ AND
JOSE S. RODRIGUEZ,                              **Appellees.**

### On appeal from the 139th District Court
### of Hidalgo County, Texas.

## ORDER

### Before Justices Rodriguez, Benavides, and Hinojosa
### Order Per Curiam

Appellant PlainsCapital Bank perfected an interlocutory appeal from an order rendered by the 137th District Court of Hidalgo County, Texas, in trial court cause number C-4151-15-C. The trial court's order denied appellant's motion to compel arbitration under the Federal Arbitration Act. *See* TEX. CIV. PRAC. & REM. CODE

ANN. § 51.016 (West, Westlaw through 2015 R.S.); *see also* 9 U.S.C. § 16(a)(1).

Appellant has filed a "Motion for Temporary Relief." In its motion, appellant seeks a stay of all proceedings in the trial court pending the resolution of its interlocutory appeal of the trial court's order denying the motion to compel arbitration. Appellees Blanca E. Gonzalez and Jose S. Rodriguez have filed a response asking this Court to deny appellant's request for temporary relief.

Having reviewed appellant's motion and appellees' response, we hereby GRANT the motion. We order all proceedings in trial court cause number C-4151-15-C STAYED until further order of this Court.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
9th day of January, 2017.